ORIGINAL

FILED

10 APR -5 PM 1:18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

1  MORGAN, LEWIS & BOCKIUS LLP
   Joseph E. Floren, State Bar No. 168292
2  Elizabeth A. Frohlich, State Bar No. 195454
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001

5  *Of Counsel*

6  Marc J. Sonnenfeld
   Karen Pieslak Pohlmann
7  1701 Market Street
   Philadelphia, PA 19103-2921
8  Tel.: 215.963.5000
   Fax: 215.963.5001
9
   *Attorneys for Defendant CardioNet, Inc.*
10

FAXED

11            UNITED STATES DISTRICT COURT

12           SOUTHERN DISTRICT OF CALIFORNIA

10 CV 0711 L NLS

| | |
|---|---|
| 13  WEST PALM BEACH POLICE PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br>14<br>15             Plaintiff,<br>16       vs.<br>17  CARDIONET, INC., ARIE COHEN, JAMES M. SWEENEY, MARTIN P. GALVAN, FRED MIDDLETON, WOODROW MYERS JR., M.D., ERIC N. PRYSTOWSKY, M.D., HARRY T. REIN, ROBERT J. RUBIN, M.D., RANDY H. THURMAN, BARCLAY'S CAPITAL, INC., CITIGROUP GLOBAL MARKETS INC., LEERINK SWANN LLC, THOMAS WEISEL PARTNERS LLC, BANC OF AMERICA SECURITIES LLC and COWEN AND COMPANY,<br>             Defendants. | Civil Action No.: _____<br><br>**DEFENDANT CARDIONET, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Removed From:<br><br>Superior Court of the State of California County of San Diego<br>Docket No.: 37-2010-00086836-CU-SL-CTL |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/64629512.1

DEFENDANT CARDIONET, INC.'S CORPORATE
DISCLOSURE STATEMENT

1  The undersigned counsel of record for CardioNet, Inc., pursuant to Federal Rule of Civil
2  Procedure 7.1, certifies that CardioNet, Inc. has no parent corporation and that no publicly held
3  corporation owns 10% or more of its stock.

DATED: April 5, 2010

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Elizabeth A. Frohlich

*Attorneys for Defendant CardioNet, Inc.*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DBI/64629512.1                           2                    DEFENDANT CARDIONET, INC.'S CORPORATE
                                                                         DISCLOSURE STATEMENT