| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | Joseph E. Floren, State Bar No. 168292 |
|   | Elizabeth A. Frohlich, State Bar No. 195454 |
| 3 | One Market, Spear Street Tower |
|   | San Francisco, CA  94105-1126 |
| 4 | Tel:  415.442.1000 |
|   | Fax:  415.442.1001 |

*Of Counsel*

Marc J. Sonnenfeld
Karen Pieslak Pohlmann
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: 215.963.5000
Facsimile: 215.963.5001

*Attorneys for Defendants CardioNet, Inc., Arie Cohen, James M. Sweeney, Martin P. Galvan, Fred Middleton, Woodrow Myers Jr., M.D., Eric N. Prystowsky, M.D., Harry T. Rein, Robert J. Rubin, M.D., and Randy H. Thurman*

[Additional parties and counsel identified on signature page]

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST PALM BEACH POLICE PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARDIONET, INC., ARIE COHEN, JAMES M. SWEENEY, MARTIN P. GALVAN, FRED MIDDLETON, WOODROW MYERS JR., M.D., ERIC N. PRYSTOWSKY, M.D., HARRY T. REIN, ROBERT J. RUBIN, M.D., RANDY H. THURMAN, BARCLAY'S CAPITAL, INC., CITIGROUP GLOBAL MARKETS INC., LEERINK SWANN LLC, THOMAS WEISEL PARTNERS LLC, BANC OF AMERICA SECURITIES LLC and COWEN AND COMPANY,<br><br>Defendants. | Civil Action No.: 3:10-cv-00711-L -NLS<br><br>**NOTICE OF DEFENDANTS' JOINT MOTION TO TRANSFER THE ACTION TO THE EASTERN DISTRICT OF PENNSYLVANIA PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Date: June 28, 2010<br>Time: 10:30 a.m.<br>Judge: The Hon. M. James Lorenz<br><br>**ORAL ARGUMENT REQUESTED** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT on June 28, 2010 at 10:30 am, before the Honorable M.
3  James Lorenz, United States District Court for the Southern District of California, 940 Front
4  Street, San Diego, CA 92101-8900, all defendants in this action - CardioNet, Inc., Arie Cohen,
5  James M. Sweeney, Martin P. Galvan, Fred Middleton, Woodrow Myers Jr., M.D., Eric N.
6  Prystowsky, M.D., Harry T. Rein, Robert J. Rubin, M.D., Randy H. Thurman, Barclays Capital,
7  Inc. (erroneously named as Barclay's Capital, Inc.), Citigroup Global Markets Inc., Leerink
8  Swann LLC, Thomas Weisel Partners LLC, Banc of America Securities LLC and Cowen and
9  Company – will, and hereby do, move the Court pursuant to 28 U.S.C. § 1404(a) for an order
10 transferring this action to the United States District Court for the Eastern District of Pennsylvania.

11 This motion is based on this Notice of Motion, the accompanying Memorandum of Law in
12 support of Defendants' Joint Motion to Transfer and exhibits thereto, the accompanying
13 Declaration of Philip G. Leone, the accompanying Declaration of Joseph E. Floren, all pleadings
14 and papers filed herein, oral argument of counsel, and any other material that may properly be
15 submitted at the hearing.

Dated: April 7, 2010

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: _____/s/_____
       Joseph E. Floren

*Attorneys for CardioNet Defendants*

GIBSON DUNN & CRUTCHER LLP

By: _____/s/_____
       Dean J. Kitchens

Dean J. Kitchens, State Bar No. 82096
Theane Evangelis Kapur, State Bar No. 243570
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel. 213.229.7726
Fax 213.229.6726

*Attorneys for Defendants Barclay's Capital, Inc., Citigroup Global Markets Inc., Leerink Swann LLC, Thomas Weisel Partners LLC, Banc of America Securities LLC and Cowen and Company*

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Dean Kitchens, counsel for Barclays Capital, Inc. (erroneously named as Barclay's Capital, Inc.), Citigroup Global Markets Inc., Leerink Swann LLC, Thomas Weisel Partners LLC, Banc of America Securities LLC and Cowen and Company, and that I have obtained Mr. Kitchens' authorization to affix his electronic signature to this document.

Dated: April 7, 2010      By: _____/s/_____
                                  Joseph E. Floren