SCOTT+SCOTT LLP
ARTHUR L. SHINGLER III (181719)
MARY K. BLASY (211262)
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: 619/233-4565
619/233-0508 (fax)
mblasy@scott-scott.com
  – and –
DAVID R. SCOTT
P.O. Box 192
156 South Main Street
Colchester, CT 06415
Telephone: 860/537-3818
860/537-4432 (fax)
drscott@scott-scott.com

*Attorneys for Plaintiff West Palm Beach Police Pension Fund*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST PALM BEACH POLICE PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                                       Plaintiff,<br><br>      vs.<br><br>CARDIONET, INC., ARIE COHEN, JAMES M. SWEENEY, MARTIN P. GALVAN, FRED MIDDLETON, WOODROW MYERS JR., M.D., ERIC N. PRYSTOWSKY, M.D., HARRY T. REIN, ROBERT J. RUBIN, M.D., RANDY H. THURMAN, BARCLAY'S CAPITAL, INC., CITIGROUP GLOBAL MARKETS INC., LEERINK SWANN LLC, THOMAS WEISEL PARTNERS LLC, BANC OF AMERICA SECURITIES LLC and COWEN AND COMPANY,<br><br>                                       Defendants. | Civil Action No.: 3:10-cv-00711-L-NLS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that Plaintiff West Palm Beach Police Pension Fund voluntarily dismisses its claims against Defendant Barclay's Capital, Inc. without prejudice pursuant to Fed. R. Civ. P. 41(a).[1]

DATED: June 10, 2010

SCOTT+SCOTT LLP
ARTHUR L. SHINGLER III
MARY K. BLASY

/s/ Mary K. Blasy
MARY K. BLASY
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: 619/233-4565
619/233-0508 (fax)

SCOTT+SCOTT LLP
David R. Scott
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860/537-3818
860/537-4432 (fax)

SCOTT+SCOTT LLP
Geoffrey M. Johnson
12434 Cedar Road
Cleveland Heights, OH 44106
Telephone: 216/229-6088
216/229-6092 (fax)

Amber L. Eck
ZELDES & HAEGGQUIST, LLP
625 Broadway, Suite 906
San Diego, CA 92101
Telephone: 619/434-0024
619/342-7878 (fax)

*Counsel for Plaintiff*

---

[1] Plaintiff's Notice of Voluntary Dismissal is filed with this Court while Plaintiff's Motion to Remand is pending. By filing this Notice, Plaintiff does not acquiesce to this Court's jurisdiction over this matter. Accordingly, Plaintiff reserves all its rights.

Civil Action No.: 3:10-cv-00711-L-NLS

NOTICE OF VOLUNTARY DISMISSAL

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2010 I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 10, 2010.

 /s/ Mary K. Blasy
MARY K. BLASY
SCOTT+SCOTT LLP
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: 619-233-4565
Fax: 619-233-0508
E-mail: mblasy@scott-scott.com

Civil Action No.: 3:10-cv-00711-L-NLS

NOTICE OF VOLUNTARY DISMISSAL